**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 DEC 20 P 12:39
CLERK'S OFFICE
AT GREENBELT
BY BU

**UNITED STATES OF AMERICA** *
*
**v.** * **CRIMINAL NO. PX-16-125**
*
**JUSTIN LARSON** *
*
*
*
*******

## GOVERNMENT'S EXHIBIT LIST

| Exhibit Number | Description | ID'ed | Admitted |
|---|---|---|---|
| 1 | Chart- Packages Destined for 25 Shelldrake Court | DEC 12 2016 | DEC 12 2016 |
| 2 | Outside filter box (DC) | DEC 12 2016 | DEC 12 2016 |
| 3 | Water filter (DC) | DEC 12 2016 | DEC 12 2016 |
| 4 | Foil bag with suspected narcotics (DC) | DEC 12 2016 | DEC 12 2016 |
| 5 | Outside filter box and filter (MD) | DEC 12 2016 | DEC 12 2016 |
| 6 | Outside filter box and filter open with foil bag (MD) | DEC 12 2016 | DEC 12 2016 |
| 7 | Email dated 2/12/15 from Corey Evans to Jason Shatarsky | DEC 12 2016 | DEC 12 2016 |
| 8 | Justin Larson advice of rights form | DEC 12 2016 | DEC 12 2016 |
| 9 | Larson recorded interview | | |